IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNA MARY ANDALIS | : | CIVIL ACTION |
|       Plaintiff | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY,[1] | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|       Defendant | : | NO.  23-2000 |

## ORDER

**AND NOW**, this 24th day of January 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall reconsider whether Plaintiff's testimony concerning her need for naps every two hours of the day and Dr. Khoury's opinion that she suffers approximately eight sleep attacks per day ought to be accepted.  In making this determination, the ALJ shall not rely upon Plaintiff's normal examinations and test results, because those are consistent with her conditions, narcolepsy with cataplexy.  After doing so, the ALJ shall reconsider whether Plaintiff is disabled.

**BY THE COURT**:

    /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Martin O'Malley became Commissioner of the Social Security Administration, on December 20, 2023.  Pursuant to Fed. R. Civ. P. 25(d), Mr. O'Malley is substituted as Defendant in this suit.  No further action need be taken to continue this suit, pursuant to the last sentence of 42 U.S.C. § 405(g).